BOARD OF EDUCATION OF CECIL COUNTY, TO USE OF INTERNATIONAL BUSINESS MACHINES CORPORATION *v.* PHILIP LANGE ET AL.

[No. 21, April Term, 1943.]

*Decided June 2, 1943.*

The cause was argued before SLOAN, C. J., DELAPLAINE, COLLINS, MARBURY, GRASON, MELVIN, and ADAMS, JJ.

*Robert D. Bartlett* and *J. Kemp Bartlett,* with whom were *Bartlett, Poe & Claggett* on the brief, for the appellant.

*Eugene Frederick* for the appellees.

The following opinion was rendered *per curiam*:

For the reasons assigned in No. 20, April Term, 1943, between the same parties, 182 Md. 132, 32 A. 2d 693, the judgment in the above entitled case is reversed with costs and case remanded.